UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

RECEIVED
Mailroom
SEP 11 2025
Angela D. Caesar, Clerk of Clerk

James Dow Vandivere
Real Party in Interest
In Pro Se Plaintiff

VS.

Pam Bondie
U.S. Attorney General,
and
William K. Marshall III
Federal Bureau of Prisons Director
Respondents.

Case: 1:25-cv-03394 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 9/11/2025
Description: Pro Se Gen. Civil (F-DECK)

MOTION FOR A CEASE and DESIST ORDER TO PREVENT and END DISCRIMINATION PRACTICES AGAINST AN INCARCERATED CITIZEN

## Jurisdiction and Venue

This courts' subject-matter over this action is pursuant to 28 USCS 1331;

Venue is proper in this district under 28 USC SS 1391 (b), (c) and 1400 (b) where respondents transacts or has transacted business in this judicial district.

## Opening

Plaintiff moves the court for a Cease and Desist Order against both Respondents for the reasons as set forth below in this action.

## Facts

Federal Correctional Institution, Butner-1 [FCI-1] houses three [3] categories of inmates:

1.) Inmates serving criminal sentences;

2.) Inmates Civilly Committed pursuant 18-USC § 4241 et seq for determination of mental comptiance to stand trial on pending criminal charges; [approx. 10+-]

and

3.) Inmates Civilly committed pursuant 18-USC § 4248 et seq, a.k.a. Adam Walsh Act. [Plaintiff, is 1 of approximately 45+- in this category]:

cont.

3.

For over two [2] years, all inmates had access to the Inmate Phone System [IPS] at no cost for outgoing calls for up to 510 minutes per month.

This practice ended in January 2025, in part, in a way that is discriminatory towards categories 2 and 3 in the following ways:

A.) General Population inmates can opt to whats called FSA incentive. These inmates will continue to receive 300 mins. of IPS access at no cost; however,

B.) Inmates detained under categories 2 and 3 are not eligible for the FSA incentive and therefore not eligible for the 300 minutes of IPS access at no cost. These inmates are charged .06¢ per minute on all calls. [See exhibit "A"]

## Argument

This practice clearly discriminates against the inmates of categories 2 and 3 through no fault of theirs.

cont

Phone venders need not proffer from phone usage by inmate populations. These venders proffer from the BOP leasing fees via contract in the millions of dollars per year. The .06¢ per minute fee goes into the coffers of the Bureau of Prisons.

Facts are, due to modern day technologies long distance tolls are almost totally non-existent. Thus, these fees are not necessary for any legitimate reason.

During the prior 2 years without fees, many inmates were able to maintain healthy contact with friends, loved ones and family who otherwise could not. Why? Because

cont.

these inmate / detainers had very limited funds, that had to be used for other purposes.

Conclusion

The 2 years of no fees and the continued no fees for inmates who qualify for the FSA incentive, show that these fees are not absolutely necessary and the no fees currently used are for incentives purposes only, of which all Civil detainees are not eligible for, this discriminates against them. First Amendment Right to Freedom of expression + communication. i.e. No Fee Telephones.

Prayer for Relief

For the reasons as stated above, Plaintiff request this court to enter judgment in

cont.

Plaintiffs' favor and against both respondents. Issue an Order for them to reinstate the no fee status for the inmate / detainee phone use for the civilly committed inmate / detainees as described in categories 2 and 3 found in the FACTS section of this pleading.

and / or

An Order granting any further relief as is just and proper.

Oath

Plaintiff Vandivere swears under penalty of perjury that all the information in this pleading are true & correct so help me God.

Sworn to this 31st day of August, 2025

James D Vandivere ©
Pro Se Plaintiff

end.

# Inmate Telephone Regulations Update - Monthly Minute Limits

## Talking Points

## August 13, 2025

- **Effective August 19, 2025:**
  - Inmates' telephone minutes limited to **510 minutes per month**.
  - **No additional minutes** offered in November and December.
- **Inmates eligible for FSA incentives:**
  - Receive **300 free minutes per month**.
  - After 300 minutes, **an additional 210 minutes** can be purchased.
  - **No daily call duration limit** for FSA incentives (previous 30-minute limit removed).
- **Inmates not eligible for FSA incentives:**
  - Can purchase up to **510 minutes per month**.
  - **No daily limit** on telephone usage.
- **Call management guidelines:**
  - Maximum single call duration should **generally not exceed 15 minutes**.
  - A **minimum 30-minute interval** between calls.
  - Inmates with a **FSA PHONE DECL code** should be deleted immediately.

Note: Civil Detaines are not eligible for the FSA incentives.

Exhibit "A"

Noting:
NO institution letterhead:
NO signature:
WHO authorized this Memo?
IS that person authorized?

IZLAR, JAMES 32002007